# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136193

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRELL KEITH SMITH,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136193
COA: 283047
Macomb CC: 2007-000141-FC

On order of the Court, the application for leave to appeal the February 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

*Corbin R. Davis*

Clerk

t0616